FILED

2020 OCT 28  PM 12: 09

~~CENTRAL DIST. OF CALIF.~~
~~LOS ANGELES~~

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BY: (W)

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | L AMJ 20-05206 |
| v. | |
| ZHENG CONGYING | DECLARATION RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Complaint

in the Eastern _____ District of New York _____ on October 27, 2020

at 08:30 (EDT) ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about & between Sep. '16 and Nov. '19

in violation of Title 18 _____ U.S.C., Section(s) 371 (951, 2261A(1)(B))

to wit: conspiracy to act as an illegal agent of a foreign government; and stalking conspiracy

A warrant for defendant's arrest was issued by: The Hon. Peggy Kuo, U.S.M.J., E.D.N.Y.

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Complaint & Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____10/28/20____
                    Date

/s/ Peter W. Wall _____           Peter W. Wall _____
Signature of Agent                    Print Name of Agent

Federal Bureau of Investigation ____   Special Agent _____
Agency                                 Title