Kate L. Morris
Federal Public Defender
321 E. 2nd St.
Los Angeles, CA 90012
Kate_Morris@fd.org
(213) 894-2854



FILED
CLERK, U.S. DISTRICT COURT
11/02/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ZHENG CONGYING DEFENDANT. | CASE NUMBER: 20-MJ-05206-1 DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, Zheng Congying, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2nd__ day of __November__, 20__20__
at __Los Angeles, CA__
*(City and State)*

Zheng Congying BY DFPD Kate L. Morris (KM)
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:

I, __YANYAN LIU__, am fluent in written and spoken English and __MANDARIN__ languages. I accurately translated this form from English into __MANDARIN__ to declarant __ZHENG CONGYING__ on this date.

Date: __11/2/2020__

Yanyan Liu BY DFPD KATE L. MORRIS (KM)
Interpreter

CR-37 (05/15)     DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS