## DECLARATION OF KATE L. MORRIS

I, Kate L. Morris, declare:

1. I am a Deputy Federal Public Defender in the Central District of California. On October 28, 2020, I was appointed to represent defendant Zheng Congying in *United States v. Congying*, No. 20-MJ-05206, an out-of-district case originating in the Eastern District of New York.

2. On November 2, 2020, I submitted form CR-037 to the Court. The form reflected that Mr. Congying has been issued a passport, would surrender it and all other travel documents issued to him to the U.S. Pretrial Services Agency by the deadline imposed, and will not apply for another passport or other travel document during the pendency of this case. I reviewed the form with Mr. Congying using a Mandarin interpreter, and he gave me his authorization to sign it on his behalf. The interpreter gave me her authorization to sign the form on her behalf.

3. On November 5, 2020, I received an email from Assistant United States Attorney Matthew Haggans, who is prosecuting this case against Mr. Congying in the Eastern District of New York. Mr. Haggans confirmed that, on November 2, 2020, a Federal Bureau of Investigation ("FBI") Special Agent collected Mr. Congying's passport from Mr. Congying. In that same email, Mr. Haggans also confirmed that the passport is presently in the possession of the FBI.

4. On November 5, 2020, Mr. Congying flew from Los Angeles to New York, consistent with his conditions of bail, which require him to travel to New York by November 6, 2020, and reside at his sisters' residence in Brooklyn.

5. As of November 6, 2020, Mr. Congying is now being represented by a Criminal Justice Act ("CJA") attorney in New York: Gary Schoer.

6. On November 6, 2020, I received an email from Derek Davis, Generalist Clerk at the United States District Court for the Central District of California, asking if I could provide an updated CR-037 form reflecting that Mr. Congying's passport is already in the possession of federal authorities. I do not believe it is feasible for me to

provide an updated CR-037 (which, if it is translated into a language other than English, must be signed by the interpreter) because Mr. Congying is now in New York, requires a Mandarin interpreter, and is now being represented by another attorney.

I declare the foregoing to be true and correct to the best of my knowledge under penalty of perjury.

Signed this 6th day of November, 2020, at Santa Monica, California.

*/s/ Kate L. Morris*
KATE L. MORRIS